EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 57 |
| | 215 DPR ___ |
| Norberto Falcón Morales | |

Número del Caso: TS-8,503

Fecha: 22 de mayo de 2025

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús
      Director

Materia: Conducta Profesional – Suspensión inmediata e indefinida del ejercicio de la notaría por incumplimiento con las órdenes del Tribunal Supremo.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| Ex parte:<br><br>Norberto Falcón Morales | TS-8,503 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de mayo de 2025.

Transcurrido el término concedido al Lcdo. Norberto Falcón Morales para que contestara el *Informe especial sobre incumplimiento para realizar proceso de examen de Obra Notarial; incumplimiento con proceso de reconstrucción de Obra Notarial extraviada y otros; y en solicitud de remedios* de la Oficina de Inspección de Notarías (ODIN) y mostrara causa por la cual no debía ser suspendido del ejercicio de la notaría, sin que este compareciera a cumplir con lo ordenado, procedemos a decretar su suspensión inmediata e indefinidamente de la práctica notarial.

Se ordena al licenciado Falcón Morales que dentro del término de sesenta (60) días encamine el proceso de reconstrucción de la obra notarial extraviada y no examinada, según detallada en el Informe de la ODIN. Dentro del mismo término deberá presentar, además, los informes de actividad notarial adeudados a la ODIN y la evidencia acreditativa del pago de la fianza notarial para el periodo que discurre desde el año 2011 hasta el año 2025, inclusive.

Por otro lado, se apercibe al licenciado Falcón Morales que su incumplimiento con esta Resolución pudiera conllevar que se le impongan sanciones más severas, incluyendo su suspensión del ejercicio de la abogacía y el referido de este asunto a un proceso de desacato civil ante el Tribunal de Primera Instancia, Sala Superior de San Juan.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo